| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) MOODY, JR., JAMES S | 2. Court or Organization U.S.Dist.Ct.Middle Dist.FL | 3. Date of Report 5/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Dist. Ct. Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U. S. District Court 801 North Florida Avenue #13A Tampa, FL 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian (bank account) | for others |
| 2. Director | Florida Blue Key Advisory Board (University of Florida) |
| 3. Director | Hillsborough County Bar Foundation |
| 4. Trustee | ██████████Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE RECEIVED MAY 11 10 38 AM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | secured loan | M |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. SUN TRUST ACCOUNTS | | | | | | | | | |
| 2. -- Individual checking | A | Interest | J | T | | | | | |
| 3. -- McIntosh Road | A | Interest | J | T | | | | | |
| 4. ▬Checking | A | Interest | J | T | | | | | |
| 5. ▬Savings | A | Interest | J | T | | | | | |
| 6. -- Spouse individual | A | Interest | J | T | | | | | |
| 7. EDWARD JONES ACCOUNTS | | | | | | | | | |
| 8. -- Polk County, FL | A | Interest | J | T | | | | | |
| 9. -- Individual | A | Interest | J | T | transferred | 4-19 | K | | to Merrill Lynch |
| 10. -- Estate | A | Interest | J | T | closed | 3-23 | J | | xferred to ▬Trust |
| 11. -- ▬Trust | A | Interest | J | T | opened | 3-23 | M | | |
| 12. -- Joint▬ | A | Interest | J | T | | | | | |
| 13. -- Joint▬(Beach) | A | Interest | J | T | | | | | |
| 14. -- ▬Condo | A | Interest | J | T | closed | 3-23 | J | | |
| 15. -- Custodian #1 | B | Interest | J | T | | | | | |
| 16. -- Custodian #2 | A | Interest | J | T | | | | | |
| 17. MERRILL LYNCH ACCOUNTS | | | | | | | | | |
| 18. -- Individual | A | Interest | K | T | opened | 4-19 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -- ███Trust | C | Interest | M | T | opened | 5-7 | M | | xfer from Edward Jones |
| 20. T. ROWE PRICE FUND (Deferred comp) | B | Dividend | K | T | | | | | |
| 21. GREAT WESTERN (Washington Mutual Bank) | B | Dividend | K | T | | | | | |
| 22. SYMETRA | A | Dividend | K | T | transfer | 1-14 | K | | xfer by State to Safeco |
| 23. NATIONWIDE | A | Dividend | J | T | transfer | 1-14 | K | | |
| 24. BANK OF AMERICA STOCK | E | Dividend | O | T | | | | | |
| 25. GEO THERMAL STOCK | | None | P3 | W | | | | | |
| 26. DISNEY | A | Dividend | J | T | sell | 4-19 | J | B | |
| 27. AM SOUTH | A | Dividend | J | T | | | | | |
| 28. DELL | A | Dividend | K | T | | | | | |
| 29. CARNIVAL | A | Dividend | J | T | | | | | |
| 30. GENERAL ELECTRIC | A | Dividend | J | T | sell | 4-19 | J | A | |
| 31. CITI GROUP | A | Dividend | J | T | | | | | |
| 32. REAL PROPERTY | | | | | | | | | |
| 33. -- ███Valrico, FL | A | Rent | L | W | | | | | |
| 34. -- Polk County, FL | A | Trees | N | W | | | | | |
| 35. -- ███Plant City, FL | A | Rent | L | W | | | | | |
| 36. -- Condo, Longboat Key, FL | D | Rent | M | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.  -- Condo, Tampa | | None | M | W | | | | | |
| 38.  -- Rental property, ▮▮▮▮ Hillsborough Co., FL | D | Rent | N | W | | | | | |
| 39.  -- Property #1, Celo, NC | | None | O | W | | | | | |
| 40.  -- Property #2, Celo, NC | | None | K | W | | | | | |
| 41.  -- Property #3, Highlands, NC | | None | M | W | | | | | |
| 42.  -- Rental property, Plant City, FL | C | Rent | N | W | | | | | |
| 43.  INVESTMENT PARTNERSHIP | F | Dividend | P1 | T | | | | | |
| 44.  -- Agere | | | | | spin-off | 2003 | J | | |
| 45.  -- Bank of America stock | | | | | | | | | |
| 46.  -- Bank of Granite stock | | | | | | | | | |
| 47.  -- B & K Bank Stock | | | | | buy | 3-17 | K | | |
| 48.  -- Carolina Bank stock | | | | | exchanged | 2002 | K | 0 | for SunTrust stock |
| 49.  -- Coastal Financial stock | | | | | buy | 3-11 | K | | |
| 50.  -- Colonial Bancgroup stock | | | | | | | | | |
| 51.  -- First Horizon stock f/k/a First Tennessee stock | | | | | name change | | | | |
| 52.  -- Greer Bancshares | | | | | buy | 2003 | L | | |
| 53.  -- Mead Westvaco stock | | | | | sold | 2002 | K | D | |
| 54.  -- SunTrust stock | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000.001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

J

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -- American Smallcap World | | | | | | | | | |
| 74. TRUST #1 | E | Dividend | P1 | T | | | | | |
| 75. -- Amsouth stock | | | | | | | | | |
| 76. -- Bank of America stock | | | | | | | | | |
| 77. -- Coca Cola stock | | | | | | | | | |
| 78. -- Coastal Financial stock | | | | | | | | | |
| 79. -- Compass stock | | | | | | | | | |
| 80. -- Duke Energy stock | | | | | | | | | |
| 81. -- Energizer stock | | | | | | | | | |
| 82. -- First Horizon stock | | | | | name change | | | | |
| 83. -- General Electric | | | | | | | | | |
| 84. -- Motorola stock | | | | | | | | | |
| 85. -- Ralcorp Holdings stock | | | | | | | | | |
| 86. -- SouthTrust stock | | | | | | | | | |
| 87. -- SunTrust stock | | | | | | | | | |
| 88. -- Wachovia stock | | | | | | | | | |
| 89. MORTGAGE REC. #2, Wimauma, FL | C | Interest | L | T | | | | | |
| 90. ████████TRUST/EDWARD JONES | D | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. -- Allied Capital | | | | | buy | 9-15 | J | | |
| 92. -- Am South stock | | | | | buy | 9-15 | J | | |
| 93. -- Bank of America stock | | | | | buy | 9-15 | K | | |
| 94. -- Bristol Myers stock | | | | | buy | 9-15 | J | | |
| 95. -- Clear Channel stock | | | | | buy | 9-15 | K | | |
| 96. -- Merck stock | | | | | buy | 9-15 | K | | |
| 97. -- Pfizer stock | | | | | buy | 9-15 | K | | |
| 98. -- Tupperware stock | | | | | buy | 9-15 | K | | |
| 99. ████████TRUST/MERRILL LYNCH | E | Dividend | P | T | | | | | |
| 100. -- Altria stock | | | | | buy | 8-06 | K | | |
| 101. -- Allied Capital stock | | | | | buy | 8-06 | K | | |
| 102. -- Am South | | | | | buy | 8-05 | K | | |
| 103. -- Bank of America stock | | | | | buy | 5-13 | K | | |
| 104. -- Cardinal stock | | | | | buy | 8-06 | K | | |
| 105. -- Colonial Banc Group stock | | | | | buy | 6-21 | K | | |
| 106. -- CVS stock | | | | | buy | 7-21 | K | | |
| 107. -- Dollar Tree stock | | | | | buy | 8-06 | K | | |
| 108. -- Duke Realty stock | | | | | buy | 9-10 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. -- Eastman Chemical stock | | | | | buy | 8-05 | K | | |
| 110. -- Hancock Partners | | | | | buy | 8-05 | K | | |
| 111. -- Johnson & Johnson stock | | | | | buy | 7-20 | K | | |
| 112. -- Calamos Fund | | | | | buy | 8-06 | M | | |
| 113. -- General Motors stock | | | | | buy | 10-20 | K | | |
| 114. -- Merck stock | | | | | buy | 10-04 | M | | |
| 115. -- Mylan Lab stock | | | | | buy | 8-06 | K | | |
| 116. -- NVIDIA stock | | | | | buy | 8-06 | K | | |
| 117. -- Pfizer stock | | | | | buy | 7-20 | M | | |
| 118. -- Regions stock | | | | | buy | 8-06 | K | | |
| 119. -- St. Joe stock | | | | | buy | 9-01 | K | | |
| 120. -- Tupperware stock | | | | | buy | 8-05 | K | | |
| 121. -- UST stock | | | | | buy | 9-01 | K | | |
| 122. -- Buckeye Partners | | | | | buy | 8-06 | K | | |
| 123. -- Washington Mutual stock | | | | | buy | 5-13 | K | | |
| 124. -- Wachovia stock | | | | | buy | 6-21 | K | | |
| 125. -- J. M. Smucker | | | | | buy | 8-06 | K | | |
| 126. -- Toyota stock | | | | | buy | 8-06 | K | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Item numbers 76 through 89 and 91 through 113 from last reporting period (2003) were omitted because they were assets of ██████████ no longer dependents.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MOODY, JR., JAMES S | 5/6/2005 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date _6 May 05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid black; padding:10px">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

</div>

# United States District Court

## MIDDLE DISTRICT OF FLORIDA
### SAM M. GIBBONS UNITED STATES COURTHOUSE
### 801 NORTH FLORIDA AVENUE, SUITE 1330
### TAMPA, FLORIDA 33602-3800

**JAMES S. MOODY, JR.**
**UNITED STATES DISTRICT JUDGE**

(813) 301-5680

August 16, 2005

The Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:   **Financial Disclosure Report - Calendar Year 2004**

Dear Judge Lisi:

Thank you for your letter of July 28, 2005, pointing out the portions of my Disclosure Report that need amendment or explanation. Enclosed you will find my amended Report. Certain items require explanation:

1.   Part VII, page 2, lines 22 and 23: These two funds are part of my deferred compensation account with the State of Florida. It was formerly held by the State of Florida in a Safeco fund but transferred to Symetra and Nationwide on January 14th. The funds are still held by the State of Florida.

2.   Part VII, page 5, line 80: This stock was previously listed on my 2003 Report in Part VII, page 3, line 44.

3.   Part VII, page 3, line 44: This item is presently listed in my 2004 Report at Part VII, page 5, line 80.

The other changes I have made in the enclosed amended 2004 Report. I would appreciate notification of any other problems.

Yours very truly,

James S. Moody, Jr.,
U. S. District Judge

JSM:ln
Enclosures

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) MOODY, JR., JAMES S | 2. Court or Organization U.S.Dist.Ct.Middle Dist.FL | 3. Date of Report 8/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Dist. Ct. Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U. S. District Court 801 North Florida Avenue #13A Tampa, FL 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian (bank account) | for others |
| 2. Director | Florida Blue Key Advisory Board (University of Florida) |
| 3. Director | Hillsborough County Bar Foundation |
| 4. Trustee | ██████Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 AUG 22 A 11: 21 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MOODY, JR., JAMES S | 8/15/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | secured loan | M |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. SUN TRUST ACCOUNTS | | | | | | | | | |
| 2. -- Individual checking | A | Interest | J | T | | | | | |
| 3. -- McIntosh Road | A | Interest | J | T | | | | | |
| 4. -- Checking | A | Interest | J | T | | | | | |
| 5. -- Savings | A | Interest | J | T | | | | | |
| 6. -- Individual | A | Interest | J | T | | | | | |
| 7. EDWARD JONES ACCOUNTS | | | | | | | | | |
| 8. -- Polk County, FL | A | Interest | J | T | | | | | |
| 9. -- Individual | A | Interest | | | transferred | 4-19 | K | | to Merrill Lynch |
| 10. -- Estate | A | Interest | | | closed | 3-23 | J | | xferred to Marital Trust |
| 11. -- ███Trust | A | Interest | | | opened | 3-23 | M | | |
| 12. -- Joint ███. | A | Interest | J | T | | | | | |
| 13. -- Joint ███(Beach) | A | Interest | J | T | | | | | |
| 14. -- Joint Condo | A | Interest | J | T | closed | 3-23 | J | | |
| 15. -- Custodian #1 | B | Interest | J | T | | | | | |
| 16. -- Custodian #2 | A | Interest | J | T | | | | | |
| 17. MERRILL LYNCH ACCOUNTS | | | | | | | | | |
| 18. -- Individual | A | Interest | K | T | opened | 4-19 | K | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  --████Trust | C | Interest | M | T | opened | 5-7 | M | | xfer from Edward Jones |
| 20.  T. ROWE PRICE FUND  (Deferred comp) | B | Dividend | K | T | | | | | |
| 21.  GREAT WESTERN  (Washington Mutual Bank) | B | Dividend | K | T | | | | | |
| 22.  SYMETRA | A | Dividend | K | T | transfer | 1-14 | K | | xfer by State to Safeco |
| 23.  NATIONWIDE | A | Dividend | J | T | transfer | 1-14 | K | | |
| 24.  BANK OF AMERICA STOCK | E | Dividend | O | T | | | | | |
| 25.  GEO THERMAL STOCK | | None | P3 | W | | | | | |
| 26.  DISNEY | A | Dividend | | | sell | 4-19 | J | B | |
| 27.  AM SOUTH | A | Dividend | J | T | buy | 10-06 | J | | |
| 28.  DELL | A | Dividend | K | T | | | | | |
| 29.  CARNIVAL | A | Dividend | J | T | | | | | |
| 30.  GENERAL ELECTRIC | A | Dividend | | | sell | 4-19 | J | A | |
| 31.  CITI GROUP | A | Dividend | J | T | buy | 10-06 | J | | |
| 32.  REAL PROPERTY | | | | | | | | | |
| 33.  -- Diamond Hill, Valrico, FL | A | Rent | L | W | | | | | |
| 34.  -- Polk County, FL | A | Trees | N | W | | | | | |
| 35.  -- Franklin Street, Plant City, FL | A | Rent | L | W | | | | | |
| 36.  -- Condo, Longboat Key, FL | D | Rent | M | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -- Condo, Tampa | | None | M | W | | | | | |
| 38. -- Rental property, ▬▬▬Hillsborough Co., FL | D | Rent | N | W | | | | | |
| 39. -- Property #1, Celo, NC | | None | O | W | | | | | |
| 40. -- Property #2, Celo, NC | | None | K | W | | | | | |
| 41. — Property #3, Highlands, NC | | None | M | W | | | | | |
| 42. -- Rental property, Plant City, FL | C | Rent | N | W | | | | | |
| 43. INVESTMENT PARTNERSHIP | F | Dividend | P1 | T | | | | | |
| 44. -- Agere | | | | | spin-off | 2003 | J | | |
| 45. -- Bank of America stock | | | | | | | | | |
| 46. -- Bank of Granite stock | | | | | | | | | |
| 47. — B & K Bank Stock | | | | | buy | 3-17 | K | | |
| 48. -- Carolina Bank stock | | | | | exchanged | 2002 | K | 0 | for SunTrust stock |
| 49. -- Coastal Financial stock | | | | | buy | 3-11 | K | | |
| 50. -- Colonial Bancgroup stock | | | | | | | | | |
| 51. -- First Horizon stock f/k/a First Tennessee stock | | | | | name change | | | | |
| 52. — Greer Bancshares | | | | | buy | 2003 | L | | |
| 53. — Mead Westvaco stock | | | | | sold | 2002 | K | D | |
| 54. -- SunTrust stock | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -- Wachovia stock | | | | | | | | | |
| 56. -- Xerox stock | | | | | | | | | |
| 57. -- Altria Group stock | | | | | | | | | |
| 58. -- Dell stock | | | | | | | | | |
| 59. -- Bristol Myers Squibb stock | | | | | | | | | |
| 60. -- General Electric stock | | | | | | | | | |
| 61. -- Pfizer stock | | | | | | | | | |
| 62. -- Lucent Tech stock | | | | | sold | 12-31 | B | A | |
| 63. -- Tupperware | | | | | buy | 9-20 | K | | |
| 64. -- Schering Plough stock | | | | | | | | | |
| 65. EDWARD JONES IRA | A | Interest | J | T | | | | | |
| 66. -- Bank America stock | A | Dividend | J | T | | | | | |
| 67. PROFIT SHARING RETIREMENT ACCT (Trinkle, Redman) | | None | | | rollover | 4-27 | J | | Edward Jones retirement acct |
| 68. EDWARD JONES RETIREMENT ACCOUNT | A | Dividend | N | T | | | | | |
| 69. -- American Growth Fund of America | | | | | | | | | |
| 70. -- American New Perspective | | | | | | | | | |
| 71. -- American Washington Mutual Investors | | | | | | | | | |
| 72. -- American New Economy | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A- H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. -- American Smallcap World | | | | | | | | | |
| 74. TRUST #1 | E | Dividend | P1 | T | | | | | |
| 75. -- Amsouth stock | | | | | | | | | |
| 76. -- Bank of America stock | | | | | | | | | |
| 77. -- Coca Cola stock | | | | | | | | | |
| 78. -- Coastal Financial stock | | | | | | | | | |
| 79. -- Compass stock | | | | | | | | | |
| 80. -- Duke Energy stock | | | | | | | | | |
| 81. -- Energizer stock | | | | | | | | | |
| 82. -- First Horizon stock | | | | | name change | | | | |
| 83. -- General Electric | | | | | | | | | |
| 84. -- Motorola stock | | | | | | | | | |
| 85. -- Ralcorp Holdings stock | | | | | | | | | |
| 86. -- SouthTrust stock | | | | | | | | | |
| 87. -- SunTrust stock | | | | | | | | | |
| 88. -- Wachovia stock | | | | | | | | | |
| 89. MORTGAGE REC. #2, Wimauma, FL | C | Interest | L | T | | | | | |
| 90. ████████ TRUST/EDWARD JONES | D | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. -- Allied Capital | | | | | buy | 9-15 | J | | |
| 92. -- Am South stock | | | | | buy | 9-15 | J | | |
| 93. -- Bank of America stock | | | | | buy | 9-15 | K | | |
| 94. -- Bristol Myers stock | | | | | buy | 9-15 | J | | |
| 95. -- Clear Channel stock | | | | | buy | 9-15 | K | | |
| 96. -- Merck stock | | | | | buy | 9-15 | K | | |
| 97. -- Pfizer stock | | | | | buy | 9-15 | K | | |
| 98. -- Tupperware stock | | | | | buy | 9-15 | K | | |
| 99. [REDACTED] TRUST/MERRILL LYNCH | E | Dividend | P | T | | | | | |
| 100. -- Altria stock | | | | | buy | 8-06 | K | | |
| 101. -- Allied Capital stock | | | | | buy | 8-06 | K | | |
| 102. -- Am South | | | | | buy | 8-05 | K | | |
| 103. -- Bank of America stock | | | | | buy | 5-13 | K | | |
| 104. -- Cardinal stock | | | | | buy | 8-06 | K | | |
| 105. -- Colonial Banc Group stock | | | | | buy | 6-21 | K | | |
| 106. -- CVS stock | | | | | buy | 7-21 | K | | |
| 107. -- Dollar Tree stock | | | | | buy | 8-06 | K | | |
| 108. -- Duke Realty stock | | | | | buy | 9-10 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 8/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. -- Eastman Chemical stock | | | | | buy | 8-05 | K | | |
| 110. -- Hancock Partners | | | | | buy | 8-05 | K | | |
| 111. -- Johnson & Johnson stock | | | | | buy | 7-20 | K | | |
| 112. — Calamos Fund | | | | | buy | 8-06 | M | | |
| 113. — General Motors stock | | | | | buy | 10-20 | K | | |
| 114. -- Merck stock | | | | | buy | 10-04 | M | | |
| 115. — Mylan Lab stock | | | | | buy | 8-06 | K | | |
| 116. — NVIDIA stock | | | | | buy | 8-06 | K | | |
| 117. — Pfizer stock | | | | | buy | 7-20 | M | | |
| 118. — Regions stock | | | | | buy | 8-06 | K | | |
| 119. — St. Joe stock | | | | | buy | 9-01 | K | | |
| 120. — Tupperware stock | | | | | buy | 8-05 | K | | |
| 121. — UST stock | | | | | buy | 9-01 | K | | |
| 122. — Buckeye Partners | | | | | buy | 8-06 | K | | |
| 123. -- Washington Mutual stock | | | | | buy | 5-13 | K | | |
| 124. — Wachovia stock | | | | | buy | 6-21 | K | | |
| 125. -- J. M. Smucker | | | | | buy | 8-06 | K | | |
| 126. — Toyota stock | | | | | buy | 8-06 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MOODY, JR., JAMES S | 8/15/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Item numbers 76 through 89 and 91 through 113 from last reporting period (2003) were omitted because they were assets of  no longer dependents.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MOODY, JR., JAMES S | 8/15/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████     Date _16 Aug-05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544